No. 85–5799.   IN RE RODMAN; and

No. 85–5800.   IN RE RODMAN.   Petitions for writs of prohibition denied.

No. 85–637.   HODEL, SECRETARY OF THE INTERIOR v. IRVING ET AL.   Appeal from C. A. 8th Cir.   Probable jurisdiction noted.

No. 85–656.   MUNRO, SECRETARY OF STATE OF WASHINGTON v. SOCIALIST WORKERS PARTY ET AL.   Appeal from C. A. 9th Cir.   Probable jurisdiction noted.

No. 85–701.   FEDERAL ELECTION COMMISSION v. MASSACHUSETTS CITIZENS FOR LIFE, INC.   Appeal from C. A. 1st Cir.   Probable jurisdiction noted.

No. 85–766.   TASHJIAN, SECRETARY OF STATE OF CONNECTICUT v. REPUBLICAN PARTY OF CONNECTICUT ET AL.   Appeal from C. A. 2d Cir.   Probable jurisdiction noted.

No. 85–494.   CALIFORNIA FEDERAL SAVINGS & LOAN ASSN. ET AL. v. GUERRA, DIRECTOR, DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 85–767.   NORTH CAROLINA DEPARTMENT OF TRANSPORTATION ET AL. v. CREST STREET COMMUNITY COUNCIL, INC., ET AL.   C. A. 4th Cir.   Certiorari granted.

No. 85–236.   EICHENLAUB v. YURKY ET AL.   C. A. 3d Cir.   Motion of respondent Yurky for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–303.   MISSOURI v. BLAIR.   Sup. Ct. Mo.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.